UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAWN MICHAEL BALL,

Plaintiff,

vs.

FEDERAL DETENTION CENTER, et al.,

Defendants.

NO.  C23-710RSL

ORDER OF DISMISSAL

This matter comes before the Court sua sponte.  The above entitled case was opened on May 11, 2023.  The Clerk of Court issued a Notice of Filing Deficiency instructing plaintiff to file the required filing fee of $402.00 or submit an Application for In Forma Pauperis (IFP) no later than June 15, 2023, Dkt. #3.  To date the filing fee has not been paid and plaintiff did not file the required forms for IFP.

Plaintiff having received notice of this deficiency, the Court hereby DISMISSES the above-captioned action without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

DATED this 3rd day of July, 2023.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL